IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RE:   Ramon and Lisa Burrow                    CASE NO:   3:09-bk-18876
       Debtors                                           Chapter 13

OBJECTION TO PROOF OF CLAIM

      COME NOW the above-named debtors, by and through their attorney of record in this case, Crawley & DeLoache, PLLC, pursuant to 11 U.S.C. Section 502 and Rule 3007 of the Rules of Bankruptcy Procedure and respectfully object to the Proof of Claim filed in this case by PHH MORTGAGE CORPORATION ("PHH") and in support hereof respectfully show unto the Court the following:

      1.    This case was commenced by the filing of a petition with the Clerk of this court on December 3, 2009.

      2.    The 341(a) meeting of creditors was held on in Jonesboro, Arkansas, on January 20, 2010.

      3.    The Chapter 13 plan has not been confirmed to date.

      4.    PHH filed a proof of claim in this case on February 18, 2010, for a secured claim for the mortgage and the mortgage arrears in the amount of $69,145.77 and $14,255.11 respectively.  The proof of claim includes arrears for 13 months, "Foreclosure Costs" in the amount of $6,595.24, "Foreclosure Fees" of $450.00 and "Bankruptcy Objection to confirmation Fee" in the amount of $200.00, and $300.00 in legal fees and expenses for the preparation of the proof of claim (post petition Bankruptcy Fee).

      5.    That the debtors question the creditor's standing to file a POC in this case, because they have failed to file of record any documents supporting PHH is the actual creditor or servicer of the same.  The "Note" filed along with the above referenced POC shows the Lender to be GE MONEY BANK.  The "Mortgage" filed along with the above referenced POC shows the Lender to be GE MONEY BANK and that MERS acts as a nominee for the Lender and Lender's successors and assigns.  Nothing in these documents shows PHH as a proper party in this case.

      6.    After debtors' counsel questioned the reasonableness of the above described POC, PHH filed an Amended proof of claim in this case on May 26, 2010, for a secured claim for the mortgage and the mortgage arrears in the amount of $67,763.73 and $12,873.07 respectively.  The proof of claim includes arrears for 13 months, "Foreclosure Costs" in the amount of $5,213.20, "Foreclosure Fees" of $450.00 and "Bankruptcy Objection to confirmation Fee" in the amount of $200.00, and $300.00 in legal fees and expenses for the preparation of the proof of claim (post petition Bankruptcy Fee).

7. The debtors' petition in this case provided for the payment of $6,500.00 in arrears and the debtors allege that the proof of claim grossly overstates the debtors' default.

8. The debtors allege that PHH's proof of claim is padded with unreasonable charges, designed to extract additional and substantial profits from the servicing of the debtors' mortgage loan and from the property of this bankruptcy estate to the detriment of the debtors and unsecured creditors with filed and allowed claims.

9. Furthermore, PHH failed to attach adequate supporting written or printed documentation to support its claim for this substantial default, in violation of Rule 3001(c), and the claim is therefore improper.

10. The debtors are also informed and believe and therefore allege that the alleged fees included in the proof of claim are not reasonable or necessary, are not supported by time and expenses records, and have been claimed in violation of Section 506(b) of the Code and Rule 2016(a) of the Bankruptcy Rules.

11. The debtors are therefore objecting to the proof of claim filed by PHH.

WHEREFORE, the debtors pray of the Court as follows:

A. That the Court direct the Chapter 13 Trustee to disallow the arrearage claim of PHH in the Original and Amended Proofs of Claim;

B. That the Court determine the actual mortgage arrearage, by examining and ruling on the reasonableness of the fees and costs listed in the various Proofs of Claim filed in this case; and

D. That the debtors have such other and further relief as the Court may deem just and proper.

> RESPECTFULLY SUBMITTED,
> CRAWLEY & DELOACHE, PLLC
> 533 WEST WASHINGTON
> JONESBORO, AR 72401
> 870/972-1127
>
> /s/Michael Crawley
> MICHAEL E. CRAWLEY, Bar #97016
> MIKE DELOACHE, BAR #90210
> JOEL G. HARGIS, BAR#2004-007

CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on all the opposing parties to this action by mailing a copy thereof to the following on this 1st day of September 2010:

Mark T. McCarty, Trustee
P. O. Box 5006
North Little Rock, AR 72119

Sharon Fewell
Attorney for PHH Mortgage Corporation
Shapiro & Kirsch, LLP
6055 Primacy Parkway, Suite 410
Memphis, TN 38119

                /s/Michael Crawley
                MICHAEL E. CRAWLEY, Bar #97016
                MIKE DELOACHE, BAR #90210
                JOEL G. HARGIS, BAR#2004-007